UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61532-CIV-ZLOCH

ACCESS FOR THE DISABLED, INC.,
et al.,

      Plaintiffs,

vs.                                **O R D E R**

RAMOS-MEJIA, INC.,

      Defendant.
_____/

      THIS MATTER is before the Court sua sponte and upon Plaintiff's Motion For Attorney's Fees (DE 33). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

      Several matters have been raised in the instant Motion and Defendant's response that the Court requires further briefing on before addressing the merits of Plaintiff's Motion (DE 33). Both Parties will specifically address the terms and result of the consent decree that was entered into during the previous case between these Parties: 02-60733-CIV-WPD. The Parties are to attach an executed copy of the consent decree to their submissions. If a confidentiality agreement has been entered into, they shall submit it for <u>in camera</u> review. The Parties shall also brief, with the utmost specificity, what changes to Defendant's property that were agreed to in the previously filed case's consent decree, were at issue in this action.

      In addition, Plaintiffs shall brief why they failed to

indicate that this was a previously filed case; they shall brief why they chose to file a new action instead of enforce the terms and conditions of the consent decree; they shall submit for the Court the un-redacted time records of their attorneys and paralegals for all the days that the attorneys and paralegal billed in this action; they shall submit the time records of their expert; and an itemized lists of all of their costs.  The Court will not accept a general summary of the same.  Plaintiffs' counsel Cynthia Mitchell shall brief why she failed to apprise the Court that Defense Counsel Kathy Collins was not licenced to practice in federal court.  Additionally, Plaintiffs shall submit authority concerning why they were not bound by the prior consent decree and that a second suit was a licit exercise of their rights.  Plaintiffs shall also explain with great specificity why it was necessary to have Plaintiff's lead attorney photograph Defendant's property.

Defendant shall brief why it failed to immediately apprise the Court of the fact that this action was previously filed before another Judge in this District; Defense Counsel Kathy Collins shall submit proof of her qualification to practice before this Court, or show good cause why she should not be held in contempt for appearing in this action when she is not licensed to practice in federal court.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that by <u>noon</u> on <u>Tuesday, February 3,</u>

2009, the Parties shall respectively submit the briefing ordered above.  No extensions of time shall be granted.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this     28th     day of January, 2009.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record